No. 92–1801. DIVERSIFIED FOODS, INC., ET AL. *v.* FIRST NATIONAL BANK OF BOSTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–1822. GACKENBACH *v.* DEXTER HYSOL CORP. C. A. 3d Cir. Certiorari denied.

No. 92–1840. TORVIK, SUPERINTENDENT, DAYTON FORENSIC CENTER, ET AL. *v.* LEVINE. C. A. 6th Cir. Certiorari denied.

No. 92–1886. HUDDLESTON, TENNESSEE COMMISSIONER OF REVENUE, ET AL. *v.* BLOOMINGDALE'S BY MAIL LTD. Sup. Ct. Tenn. Certiorari denied.

No. 92–7562. KREUZHAGE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 92–7877. HOLLOMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7978. DRAKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8106. FERREIRA-CHAVES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8122. ELLISON *v.* CONOCO, INC. C. A. 5th Cir. Certiorari denied.

No. 92–8130. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8137. BOYLAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8154. DODGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8157. MARSHALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8195. SCOTT *v.* UNITED STATES; and
No. 92–8226. VIERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.